**Peter TREANOR, Appellant, v. UNITED STATES of America.**

No. 12036.

Circuit Court of Appeals, Eighth Circuit.

June 9, 1941.

R. P. Roedell and Richard Roedell, both of Dubuque, Iowa, for appellant.

Tobias E. Diamond, U. S. Atty., of Sheldon, Iowa, and Leo F. Tierney, Sp. Asst. to Atty. Gen., for appellee.

PER CURIAM.

Appeal from United States District Court dismissed on motion of appellant and consent of appellee, without costs to either party in this court. Defendant ordered to surrender to custody, etc.

**Vernon C. WALSTON, William Sherman Hoelscher and Clifford P. Hoffman, General Partners, and Charles de Y. Elkus, Limited Partner, as Copartners d. b. a. Walston & Co., v. SECURITIES AND EXCHANGE COMMISSION.**

No. 9620.

Circuit Court of Appeals, Ninth Circuit.

July 2, 1941.

Claude Rosenberg, Jesse H. Steinhart, John J. Goldberg, and B. J. Feigenbaum, all of San Francisco, Cal., Carey & Carey, of New York City, and Bacigalupi, Elkus & Salinger, of San Francisco, Cal., for petitioners.

Chester T. Lane, Gen. Counsel, and Christopher M. Jenks, Asst. Gen. Counsel, Securities and Exchange Commission, both of Washington, D. C., and E. Forrest Tancer and John G. Sobieski, Attys., Securities and Exchange Commission, both of San Francisco, Cal., for respondent.

PER CURIAM.

On stipulation of counsel for respective parties, and pursuant to the provisions of Rule 16 of the rules of this court, the petition to review herein was dismissed by the clerk.

**UNITED STATES of America, Appellant, v. ROGERS & ROGERS, a Corporation.**

No. 12058.

Circuit Court of Appeals, Eighth Circuit.

June 23, 1941.

Victor E. Anderson, U. S. Atty., of St. Paul, Minn., for appellant.

Wilson & Blethen, of Mankato, Minn., and Myers & Snerly, of Chicago, Ill., for appellee.

PER CURIAM.

Appeal from District Court, 36 F.Supp. 79, docketed and dismissed, without costs to either party in this court, pursuant to stipulation.

**Robert WALLER, Appellant, v. UNITED STATES of America.**

No. 12039.

Circuit Court of Appeals, Eighth Circuit.

June 9, 1941.

R. P. Roedell and Richard Roedell, both of Dubuque, Iowa, for appellant.

Tobias E. Diamond, U. S. Atty., of Sheldon, Iowa, and Leo F. Tierney, Sp. Asst. to Atty. Gen., for appellee.

PER CURIAM.

Appeal from United States District Court dismissed on motion of appellant and consent of appellee, without costs to either party in this court. Defendant ordered to surrender to custody, etc.